**Below is the Order of the Court.**

_____
**Marc Barreca
U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

_____

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE: | NO. 13-19298 |
| NATURAL MOLECULAR TESTING CORPORATION, | ADV. NO. 15-01362 |
| Debtor. | |
| MARK CALVERT, Chapter 11 Trustee for NATURAL MOLECULAR TESTING CORPORATION, | ORDER GRANTING DEFENDANT'S MOTION TO DISMISS |
| Plaintiff, | |
| v. | |
| DR. KARTHIKESHWAR KASIRAJAN, an individual, | |
| Defendant. | |

ORDER GRANTING DEFENDANT'S MOTION TO DISMISS - Page 1 of 2

**ALAN J. WENOKUR**
ATTORNEY AT LAW
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101
(206) 682-6224
FAX: (206) 624-2631

THIS MATTER came before this Court for hearing upon the Defendant's Motion to Dismiss, with respect to Plaintiff's Complaint to Avoid and Recover Transfers and Unlawful Distributions (the "Complaint"). The parties appeared through their respective counsel. The Court heard argument of counsel and considered all materials submitted. For the reasons stated on the record, which oral findings and conclusions are incorporated herein, the Court determined that the Complaint fails to state claims against the Defendant upon which relief may be granted, as to both the preference and the fraudulent transfer causes of action. Now, therefore, it is hereby

ORDERED that the Complaint is dismissed, but with leave to amend. Any amended complaint shall be filed no later than March 18, 2016.

**/// End of Order ///**

Presented by:

*/s/ Alan J. Wenokur*
_____
Alan J. Wenokur, WSBA # 13679
Attorney for Defendant


Approved for entry:

PERKINS COIE LLP

*/s/ John S. Kaplan, per email authorization 2/5/16*
_____
By John S. Kaplan, WSBA # 23788
Attorneys for Plaintiff

ORDER GRANTING DEFENDANT'S MOTION TO DISMISS - Page 2 of 2

**ALAN J. WENOKUR**
ATTORNEY AT LAW
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101
(206) 682-6224
FAX: (206) 624-2631